UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cr-80132-Leibowitz/McCabe

18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)(2)(b)
18 U.S.C. § 1029(c)(1)(C)

FILED BY _____SP_____ D.C.

Aug 5, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

UNITED STATES OF AMERICA

vs.

NICHOLAS JAMES DONATO,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Possession of Fifteen or More Unauthorized Access Devices
### (18 U.S.C. §1029(a)(3))

1. On or about February 25, 2025, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**NICHOLAS JAMES DONATO,**

did knowingly, and with intent to defraud, possess fifteen or more unauthorized access devices, that is, dates of birth, social security numbers, driver license numbers, bank account, and credit card account numbers issued to other persons, said conduct affecting interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

## COUNTS 2-5
## Aggravated Identity Theft
## (18 U.S.C. §1028A(a)(1))

2. On or about ~~January~~ February 25, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**NICHOLAS JAMES DONATO,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possess fifteen or more unauthorized access devices, that is, dates of birth, social security numbers, driver license numbers, bank account, and credit card account numbers issued to other persons, said conduct affecting interstate commerce, as charged in Count 1, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as specified in each count below:

| Count | Means of Identification |
|---|---|
| 2 | Name, date of birth, and driver's license number of "M.P.M." |
| 3 | Name, date of birth, and driver's license number of "M.C." |
| 4 | Name, date of birth, and driver's license number of "D.S." |
| 5 | Name, date of birth, and driver's license number of "M.F." |

In violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **NICHOLAS JAMES DONATO**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendant shall forfeit to the United States of America: (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of

such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit to such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b) and 1029(c)(2).

A TRUE BILL

FOREPERSON

*Carmen M. Lineberger* for
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

*Jonathan Bailyn*
JONATHAN BAILYN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 25-cr-80132-Leibowitz/McCabe

v.

**CERTIFICATE OF TRIAL ATTORNEY**

NICHOLAS JAMES DONATO              /

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☑ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take _____ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)
   I   ☑ 0 to 5 days               ☐ Petty
   II  ☐ 6 to 10 days              ☐ Minor
   III ☐ 11 to 20 days             ☐ Misdemeanor
   IV  ☐ 21 to 60 days             ☑ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: Jonathan Bailyn
Assistant United States Attorney
Court ID No. A5502602

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __NICHOLAS JAMES DONATO__

Case No: __25-cr-80132-Leibowitz/McCabe__

Count #: 1

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)
* **Max. Term of Imprisonment:** 5 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 Years
* **Max. Fine:** $250,000

Counts #: 2–5

Aggravated Identity Theft

Title 18, United States Code, Section 1956(a)(1)(B)(i)
* **Max. Term of Imprisonment:** 2 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** 2 Years Consecutive to Count 1
* **Max. Supervised Release:** 1 Year
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.